

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | CASE NO. **3:19-CR-68** |
| Plaintiff, | : | **JUDGE WALTER H. RICE** |
| v. | : | |
| YOHANNES TINSAE, | : | **SUPERSEDING INFORMATION**<br>21 U.S.C. § 843 |
| Defendant | : | |

**THE UNITED STATES ATTORNEY CHARGES THAT:**

### COUNT 1
### [21 U.S.C. § 843]

Beginning on or about January 1, 2012, and ending on or before October 31, 2015, defendant **YOHANNES TINSAE**, knowingly or intentionally acquired controlled substances by misrepresentation, fraud, forgery, or subterfuge.

In violation of 21 U.S.C. § 843(3).

DAVID M. DEVILLERS
United States Attorney

ROBERT ZINK
United States Department of Justice
Chief, Fraud Section
Criminal Division, Fraud Section

ALLAN J. MEDINA
United States Department of Justice
Chief, Health Care Fraud Unit
Criminal Division, Fraud Section

CHRISTOPHER M. JASON
Trial Attorney
United States Department of Justice